# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Allstate Property and Casualty
Insurance Company, et al.,

        Plaintiffs,                      Civil No. 09-3681 (RHK/JJK)

vs.                                    **DISQUALIFICATION AND
                                                   ORDER FOR REASSIGNMENT**

Linea Latina De Accidentes, Inc.,
et al.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 2, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge